COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

LUIS FERNANDO DORADO, § No. 08-12-00124-CR

Appellant, § Appeal from the

v. § Criminal District Court No. 1

THE STATE OF TEXAS, § of El Paso County, Texas

Appellee. § (TC# 20110D04222)

§

## <u>MEMORANDUM   OPINION</u>

Pending before the Court is Luis Fernando Dorado's motion to dismiss this appeal pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure.   As required by that rule, the withdrawal of the notice of appeal is signed by Appellant.   Further, the Clerk of this Court has forwarded a duplicate copy of the written withdrawal to the clerk of the trial court.   Because Appellant has established compliance with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

May 16, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)